~~UNITED~~ STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALBERT CHING, an individual, on
behalf of himself and others
similarly situated,

          Plaintiff(s),         CASE NO. C 11 4838 MEJ

    v.

SIEMENS INDUSTRY, INC., a        STIPULATION AND ~~[PROPOSED]~~
Delaware corporation; and DOES 1     ORDER SELECTING ADR PROCESS
through 50, inclusive,

          Defendant(s).

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)* <u>The parties agree to meet and confer in selecting a mutually agreeable mediator with wage/hour class action experience.</u>

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☒ other requested deadline <u>After initial class certification discovery is completed.</u>

Dated: 12/22/11

                                              Attorney for Plaintiff
                                              DAVID H. YEREMIAN

Dated: 12/22/11

                                              Attorney for Defendant
                                              LAURA E. HAYWARD

American LegalNet, Inc.
www.USCourtForms.com

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
      after initial discovery
- ☒ other  completed

IT IS SO ORDERED.

Dated: 1/3/2012

UNITED STATES MAGISTRATE JUDGE
MARIA-ELENA JAMES

Firmwide:105248074.1 069268.1001

American LegalNet, Inc.
www.USCourtForms.com