**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALBERT CHING,<br><br>           Plaintiff,<br>   v.<br>SIEMENS INDUSTRY, INC.,<br><br>           Defendant.<br>_____/ | No. C 11-04838 MEJ<br><br>**ORDER REQUESTING STATUS UPDATE** |

    Based on the parties' stipulation, the Court set a filing deadline of September 27, 2012 for Plaintiff's class certification motion. As no motion has been filed and there has been no further activity, the Court ORDERS the parties to file a joint status report by October 17, 2012.

**IT IS SO ORDERED.**

Dated: October 3, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge