R. BRIAN DIXON, Bar No. 76247
ALISON S. HIGHTOWER, Bar No. 112429
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax No.:       415.743.6665
Email: bdixon@littler.com
          ahightower@littler.com
          lhayward@littler.com

Attorneys for Defendant
SIEMENS INDUSTRY, INC.

ANTHONY J. ORSHANSKY, Bar No. 199364
DAVID H. YEREMIAN, Bar No. 226337
ORSHANSKY & YEREMIAN LLP
16133 Ventura Blvd., Suite 1245
Encino, CA  91436
Telephone:    818.205.1212
Fax No.:       818.205.1616
Email: david@oyllp.com

Attorneys for Plaintiff
ALBERT CHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHING, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 11 4838 MEJ<br><br>**JOINT STATUS REPORT**<br><br>AND ORDER THEREON |

   Plaintiff ALBERT CHING ("Plaintiff") and Defendant SIEMENS INDUSTRY, INC. ("Defendant") (collectively, "Parties"), hereby submit this Joint Status Report pursuant to the Court's October 3, 2012 Order Requesting Status Update.

   On August 27, 2012, the Parties attended a mediation session presided over by Michael Dickstein, Esq., a mediator with significant experience in wage and hour class actions.

1  Each Party was represented by respective counsel during the good-faith negotiations facilitated by
2  Mr. Dickstein.  While the Parties were unable to reach agreement at the mediation, the Parties
3  continued to negotiate for weeks following the mediation.  At the conclusion of the additional
4  negotiations, in September 2012, the Parties reached a tentative settlement.
5  The Parties are currently working out the details of the final settlement and expect to
6  file the Motion for Preliminary Approval of Settlement and Notice and Setting Final Approval
7  Hearing within sixty (60) days.

Dated: October 4, 2012

         /s/   *R. Bryan Dixon*
R. BRIAN DIXON
ALISON HIGHTOWER
LAURA E. HAYWARD
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
SIEMENS INDUSTRY, INC.

Dated: October 4, 2012

         /s/   *David H. Yeremian*
ANTHONY J. ORSHANSKY
DAVID H. YEREMIAN
ORSHANSKY & YEREMIAN LLP
A Professional Corporation
Attorneys for Plaintiff
ALBERT CHING

Firmwide:114912315.1 069268.1001

The parties shall file a motion for preliminary approval or joint status report by December 6, 2012.

**IT IS SO ORDERED**
Judge Maria-Elena James

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

Case No. C 11 4838 MEJ

**JOINT STATUS REPORT**