| | |
|---|---|
| 1 | R. BRIAN DIXON, Bar No. 76247 |
|   | ALISON S. HIGHTOWER, Bar No. 112429 |
| 2 | LAURA E. HAYWARD, Bar No. 204014 |
|   | LITTLER MENDELSON, P.C. |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA  94108.2693 |
| 4 | Telephone:    415.433.1940 |
|   | Fax No.:      415.743.6665 |
| 5 | Email: bdixon@littler.com |
|   |        ahightower@littler.com |
| 6 |        lhayward@littler.com |

7  Attorneys for Defendant
   SIEMENS INDUSTRY, INC.
8

9  ANTHONY J. ORSHANSKY, Bar No. 199364
   DAVID H. YEREMIAN, Bar No. 226337
   ORSHANSKY & YEREMIAN LLP
10 16133 Ventura Blvd., Suite 1245
   Encino, CA  91436
11 Telephone:    818.205.1212
   Fax No.:      818.205.1616
12 Email: david@oyllp.com

13 Attorneys for Plaintiff
   ALBERT CHING
14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | ALBERT CHING, an individual, on behalf of himself and others similarly situated, | Case No. C 11 4838 MEJ |
| 18 |  | **JOINT STATUS REPORT** |
|    | Plaintiff, | AND ORDER THEREON |
| 19 |  |  |
| 20 | v. |  |
| 21 | SIEMENS INDUSTRY, INC., a Delaware corporation; and DOES 1 through 50, inclusive, |  |
| 22 |  |  |
|    | Defendants. |  |
| 23 |  |  |

24         Plaintiff ALBERT CHING ("Plaintiff") and Defendant SIEMENS INDUSTRY, INC.

25 ("Defendant") (collectively, "Parties"), hereby submit this Joint Status Report pursuant to the

26 Court's October 3, 2012 Order Requesting Status Update.

27         On August 27, 2012, the Parties attended a mediation session presided over by

28 Michael Dickstein, Esq., a mediator with significant experience in wage and hour class actions.

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No. C 11 4838 MEJ

JOINT STATUS REPORT

Each Party was represented by respective counsel during the good-faith negotiations facilitated by Mr. Dickstein. While the Parties were unable to reach agreement at the mediation, the Parties continued to negotiate for weeks following the mediation. At the conclusion of the additional negotiations, in September 2012, the Parties reached a tentative settlement.

The Parties are currently working out the details of the final settlement and expect to file the Motion for Preliminary Approval of Settlement and Notice and Setting Final Approval Hearing within sixty (60) days.

Dated: October 4, 2012

    /s/   R. Bryan Dixon
R. BRIAN DIXON
ALISON HIGHTOWER
LAURA E. HAYWARD
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
SIEMENS INDUSTRY, INC.

Dated: October 4, 2012

    /s/   David H. Yeremian
ANTHONY J. ORSHANSKY
DAVID H. YEREMIAN
ORSHANSKY & YEREMIAN LLP
A Professional Corporation
Attorneys for Plaintiff
ALBERT CHING

Firmwide:114912315.1 069268.1001

The parties shall file a motion for preliminary approval or joint status report by December 6, 2012.

IT IS SO ORDERED
Judge Maria-Elena James

JOINT STATUS REPORT

2.

Case No. C 11 4838 MEJ

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940