UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALBERT CHING, | No. C 11-04838 MEJ |
| Plaintiff, | |
| v. | **ORDER RE: STATUS** |
| SIEMENS INDUSTRY, INC., | |
| Defendant. | |

The parties shall file a joint case status report by February 25, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge