# UNITED STATES DISTRICT COURT

## Northern District of California

ALBERT CHING,

        Plaintiff,

  v.

SIEMENS INDUSTRY, INC.,

        Defendant.
_____/

No. C 11-04838 MEJ

**ORDER RE: STATUS**

The parties shall file a joint case status report by February 25, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge