UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALBERT CHING,<br><br>        Plaintiff,<br>  v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>        Defendant.<br>_____/ | No. C 11-4838 MEJ<br><br>**ORDER REQUESTING STATUS UPDATE** |

On February 25, 2013, the parties filed a joint report in which they stated that they have agreed to all key terms for settlement of the above-reference matter and that they expected a Motion for Preliminary Approval of Settlement and Notice and Setting Final Approval Hearing would be filed within 21 days. As no motion has been filed and there has been no further activity, the Court ORDERS the parties to file a joint status report by May 23, 2013.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_____
Maria-Elena James
United States Magistrate Judge