UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>　　　　Defendant. | Case No.  11-cv-04838-MEJ<br><br>**ORDER RESETTING HEARING DATE**<br><br>Re: Dkt. Nos. 37, 38 |

Pending before the Court are Defendant's Motions for Approval of Class Action Settlement and Attorney's Fees (Dkt. Nos. 37, 38), which are currently set for hearing on March 27, 2014. The Court hereby RESETS the hearing date on these Motions for April 24, 2014, at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge