UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CHING,<br><br>        Plaintiff,<br><br>    v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>        Defendant. | Case No. 11-cv-04838-MEJ<br><br>**ORDER VACATING HEARING DATE** |

Pursuant to Civil Local Rule 7-1(b), the court finds that, the Motion for Final Approval of Class Action Settlement and Motion for Attorney's Fees, which have been noticed for hearing on May 8, 2014, are appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge